UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BUSH,<br><br>                              Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS, INC.,<br><br>                            Defendant. | Case No.: 16-cv-01751-H-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 8.] |

On September 16, 2016, the parties filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own fees and costs. (Doc. No. 8.) The Court, for good cause shown, grants the joint motion to dismiss and dismisses the action with prejudice, with each party to bear its own fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: September 16, 2016

                                              _____<br>
                                              MARILYN L. HUFF, District Judge<br>
                                              UNITED STATES DISTRICT COURT